UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONNIE CLARK WILLIAMS,<br><br>    Plaintiff,<br><br>    v.<br><br>X.O. NORTON, et al.,<br><br>    Defendants. | No.  2:12-cv-2889 CKD P<br><br><br>ORDER[1] |

On December 4, 2012, plaintiff was directed to submit the $350.00 filing fee for this action within twenty days, and was cautioned that failure to comply with this order would result in dismissal of this action.  Plaintiff filed an interlocutory appeal which was dismissed on May 14, 2014.  To date, plaintiff has not submitted the filing fee.  Therefore, IT IS HEREBY ORDERED that this action is dismissed.

Dated: July 21, 2014

_CAROLYN K. DELANEY_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / will2889.dism

---

[1] On December 10, 2012, plaintiff filed a consent to the jurisdiction of the undersigned.